DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
07 NOVEMBER 2013

| 377A13 | Kylie Lynn Coleman v. Daniel Wayne Orr | 1. Def's *Pro Se* NOA Based Upon a Constitutional Question (COA13-8) | 1. Dismissed as Moot |
| | | 2. Def's *Pro Se* Amended NOA Based Upon a Constitutional Question (COA13-8) | 2. Dismissed *Ex Mero Motu* |
| 379P10-3 | State v. Ralph Franklin Fredrick | 1. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 1. Denied **10/16/2013** |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed **10/16/2013** |
| 379P13 | State v. Eric Lars Knudsen | State's PDR Under N.C.G.S. § 7A-31 (COA12-1475) | Denied |
| 380PA13 | Lois Edmondson Bynum, Individually, and Lois Edmondson Bynum, Administratrix of the Estate of James earl Bynum and Lois Marie Bynum v. Wilson County and Sleepy Hollow Development Company | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA12-779) | 1. Allowed by Special Order |
| | | 2. Defs' Petition in the Alternative for *Writ of Certiorari* to Review Order of COA | 2. Dismissed as Moot |
| | | 3. Brunswick County's Motion for Leave to File Amicus Brief | 3. Allowed |
| | | 4. N.C. Association of County Commissioners' Motion for Leave to File Amicus Brief | 4. Allowed |
| | | 5. Catawba County's Motion for Leave to File Amicus Brief | 5. Allowed |
| | | 6. New Hanover County's Motion for Leave to File Amicus Brief | 6. Allowed |
| | | 7. Wake County's Motion for Leave to File Amicus Brief | 7. Allowed |
| | | 8. Person County's Motion for Leave to File Amicus Brief | 8. Allowed |
| | | 9. N.C. League of Municipalities' Motion for Leave to File Amicus Brief | 9. Allowed **10/09/2013** |
| | | 10. Town of Cornelius' Motion for Leave to File Amicus Brief | 10. Allowed **10/09/2013** |
| | | 11. Town of Cramerton's Motion for Leave to File Amicus Brief | 11. Allowed **10/09/2013** |